**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| TAMMIE-SUE HOLLANDS,<br><br>    Plaintiff,<br>vs.<br><br>DIAMOND GAME ENTERPRISES,<br><br>    Defendant. | Case 4:06-cv-00040<br><br>**STIPULATION<br>OF<br>DISMISSAL WITH PREJUDICE**<br>BY<br>THIRD-PARTY PLAINTIFF, DIAMOND GAME ENTERPRISES<br>AND<br>THIRD-PARTY DEFENDANTS,<br>OLSTEN STAFFING SERVICES CORP.<br>and ASI STAFFING, INC., f/k/a<br>OLSTEN STAFFING SERVICES VI, INC. |
| DIAMOND GAME ENTERPRISES,<br><br>    Third-Party Plaintiff,<br>vs.<br><br>OLSTEN STAFFING SERVICES CORP.<br>and ASI STAFFING, INC., f/k/a<br>OLSTEN STAFFING SERVICES VI, INC.,<br><br>    Third-Party Defendants. | |

**COME NOW** the Third-Party Plaintiff and the Third-Party Defendants, by and through their attorneys, and pursuant to Fed. R. Civ. P., 41(a)(1)(ii) and Local Rule 41.1(a)(1) hereby stipulate to the dismissal with prejudice of the above cause of action commenced by Third-Party Plaintiff, Diamond Game Enterprises, with each party to be responsible for its own costs.

Respectfully submitted,

| | |
|---|---|
| _/s/ Ann Holden Kendell_ | _/s/ David H. Goldman_ |
| Ann Holden Kendell | David H. Goldman |
| BROWN, WINICK, GRAVES, GROSS, BASKERVILLE AND SCHOENEBAUM, P.L.C | BABICH, GOLDMAN, CASHATT & RENZO, P.C. |
| 666 Grand Avenue, Suite 2000 | 100 Court Avenue, Suite 403 |
| Des Moines, Iowa 50309-2510 | Des Moines, Iowa 50309-2200 |
| Telephone: (515) 242-2400 | Telephone: (5 15) 244-4300 |
| Facsimile: (515) 283-0231 | Facsimile: (515) 244-2650 |
| E-MAIL KENDELL@BROWNWINICK.COM | E-Mail: DGOLDMAN@BABICHLAW.COM |
| ATTORNEYS FOR THIRD-PARTY PLAINTIFF | ATTORNEYS FOR THIRD-PARTY DEFENDANTS |